The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JACQUELINE MOEN-LEWIS,<br><br>Plaintiff,<br><br>and<br><br>CDC MANAGEMENT SERVICES, LLC.<br>and PAUL BOVA, single man,<br><br>Defendants. | NO. 3:11-cv-05413<br><br>STIPULATION AND ORDER CONTINUING DEADLINE FOR MOTIONS RELATED TO DISCOVERY RE: PRIVILEGE LOG AND EMAIL COMMUNICATIONS OF PARKER |

Come now the parties hereto and Stipulate to extend the deadline for motions relating to discovery which is currently set for December 19, 2011 to January 30, 2012, PROVIDED THAT the extension is strictly limited to motions relating to the Privilege Log currently being prepared by the defendants and to the email communications of Deborah Parker which have not yet been produced in readable format in response to plaintiff's most recent discovery requests. The reason for the extension is that the case involves thousands of email communications, over 800 of which have been identified as subject to a claim of work product or of attorney client privilege. The defendants are currently revising the Privilege Log to provide sufficient information on the Log so that the opposing party can accurately determine whether a privilege

STIP & ORD RE: DISCOVERY     1

Morton McGoldrick
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS AT LAW

820 "A" Street, Suite 600
P.O. Box 1533
Tacoma, Washington 98401
(253) 627-8131
Fax: (253) 272-4338

or other objection is properly taken. Given the volume of the information, the defendant has been unable to complete the Privilege Log and produce it to Plaintiff's Counsel in a way that it can be meaningfully reviewed, considered and evaluated prior to the deadline for discovery motions set for next Monday, December 19th. Defendant will complete the Log and deliver it to the plaintiff no later than December 30, 2011 so that motions relating to this Privilege Log (and emails not yet produced for Deborah Parker) can be timely made by the new proposed deadline of January 30, 2011.

Dated this 15th day of December, 2011

| MORTON MCGOLDRICK, P.S. | GORDON EDMUNDS GRELISH, PLLC |
|---|---|
| /s/ Kathleen E. Pierce | /s/ Randolph I. Gordon |
| Kathleen E. Pierce, WSBA No. 12631 | Randolph I. Gordon WSBA No. 8435 |
| Attorney for Plaintiff | Attorneys for Defendant |
| 820 "A" Street, Suite 600 | 1218 3rd Ave. Ste. 1000 |
| Tacoma, WA 98402 | Seattle, WA 98101-3290 |
| (253) 627-8131 | (425) 454-3133 |
| kepierce@bvmm.com | rgordon@geg-law.com |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORDER

This matter having come on for hearing upon the Stipulation of the parties and the Court having reviewed the Stipulation and the records and files herein and being fully advised in the premises it is hereby

ORDERED, ADJUDGED AND DECREED the deadline for motions relating to discovery which is currently set for December 19, 2011 be and hereby is CONTINUED to

STIP & ORD RE: DISCOVERY        2

Morton McGoldrick
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS AT LAW

820 "A" Street, Suite 600
P.O. Box 1533
Tacoma, Washington 98401
(253) 627-8131
Fax: (253) 272-4338

1  January 30, 2012, PROVIDED THAT the extension is strictly limited to motions relating to the

2  Privilege Log currently being prepared by the defendants and to the email communications of

3  Deborah Parker which have not yet been produced in readable format in response to plaintiff's

4  most recent discovery requests.

5      DATED this 15th day of December, 2011.

*(signature)*

ROBERT J. BRYAN
United States District Judge

MORTON MCGOLDRICK, P.S.                GORDON EDMUNDS GRELISH, PLLC

/s/ Kathleen E. Pierce                 /s/ Randolph I. Gordon
Kathleen E. Pierce, WSBA No. 12631     Randolph I. Gordon WSBA No. 8435
Attorney for Plaintiff                 Attorneys for Defendant
820 "A" Street, Suite 600              1218 3rd Ave. Ste. 1000
Tacoma, WA 98402                       Seattle, WA 98101-3290
(253) 627-8131                         (425) 454-3133
kepierce@bvmm.com                      rgordon@geg-law.com

STIP & ORD RE: DISCOVERY        3

